UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

NOV 22 2024 PM3:15
FILED-USDC-CT-HARTFORD

Anna Sullivan
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Drake Aubrey Graham
Sophie Brussaux
Sandra Graham
Dennis Graham
Donald Trump
Donald Trump Jr.
Onika Maraj
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied by the court)

A. PARTIES

1. Anna Sullivan (Plaintiff) is a citizen of Connecticut (State) who presently resides at 211 Girard Ave Hartford, CT 06105 (mailing address).

2. Defendant Drake Aubrey Graham (name of first defendant) is a citizen of California (State) whose address is Toronto, Canada

and who is employed as _____.
(title and place of employment)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

## E. REQUEST FOR RELIEF

I request the following relief:

$1 trillion minumum or entire net worth for attempt murder

## F. JURY DEMAND

Do you wish to have a jury trial? Yes _____    No ✓

_____    _____
Original signature of attorney (if any)    Plaintiff's Original Signature

                                          Anna Sullivan
_____    _____
Printed Name                               Printed Name

_____

( )                                        (860) 692-4147  211 Girard Ave
_____    _____  Hartford, CT
Attorney's full address and telephone     Plaintiff's full address and telephone  06105

_____    _____
Email address if available                Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
              (location)                   (date)

_____
                                  **Plaintiff's Original Signature**

(Rev. 3/21/16)

5